## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPTIVE AUDIENCE, LLC. | : |
| Plaintiff, | : CLOSED |
| v. | : CIVIL ACTION: 07-632 (JAG) |
| PANTEL SYSTEMS, INC., et al. | : |
| Defendants, | : O R D E R |

It has been reported to the Court that the above-captioned matter has been settled, therefore,

It is on this    9th    day of    FEBRUARY    2007,

O R D E R E D that the above captioned action be and is hereby dismissed, without prejudice and without costs, subject to the rights of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.
