UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPTIVE AUDIENCE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PANTEL SYSTEMS, INC. a/k/a FRIENDLYWAY, INC., PANTEL FINANCIAL CENTERS, INC., IGNITION MEDIA GROUP, INC., FRIENDLYWAY CORPORATION, SLOAN SECURITIES CORPORATION, ATLANTIC PROFESSIONAL ASSOCIATION, INC., JAMES C. ACKERMAN, LAWRENCE S. ACKERMAN and ERIC KASH, KEN UPCRAFT, and DAVID LOTT,<br><br>    Defendants. | CIVIL ACTION 07-632 (JAG)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SLOAN SECURITIES CORPORATION, ATLANTIC PROFESSIONAL ASSOCIATION, INC., JAMES C. ACKERMAN AND LAWRENCE S. ACKERMAN |

The matter in dispute between the parties having been amicably resolved by and between Plaintiff Captive Audience, LLC and Defendants Sloan Securities Corporation, Atlantic Professional Association, Inc., James C. Ackerman and Lawrence S. Ackerman, it is hereby stipulated and agreed that this lawsuit is hereby dismissed as Defendants Sloan Securities Corporation, Atlantic Professional Association, Inc., James C. Ackerman and Lawrence S. Ackerman with prejudice and without costs to any party.

GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Avenue
Roseland, New Jersey 07068
Attorneys for Plaintiff
 Captive Audience, LLC

By: _____
  Jeffrey Sirot, Esq.

Dated: March 22, 2007

McCARTER & ENGLISH, LLP
100 Mulberry Street
Newark, New Jersey
Attorneys for Defendants
 Sloan Securities Corporation, Atlantic Professional Association, Inc., James C. Ackerman and Lawrence S. Ackerman

By: _____
  Gregory J. Hindy, Esq.

Dated: March 22, 2007

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.

5-21-07

MEI 6208009v.1